1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY LEWIS JONES,              1:05-CV-1240 REC SMS P

12              Plaintiff,

13        vs.                          ORDER TO SUBMIT CERTIFIED
                                       COPY OF PRISON TRUST ACCOUNT
14   C/O C. CARLOS, e al.,             STATEMENT **OR** PAY FILING FEE

15

16              Defendants.
     _____/

17

18        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

19   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

21   statement for the six month period immediately preceding the filing of the complaint.  See 28

22   U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

23   trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00

24   filing fee.

25        In accordance with the above, IT IS HEREBY ORDERED that **within thirty (30)**

26   **days** of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1

1  account statement for the six month period immediately preceding the filing of the complaint, or

2  in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will

3  result in a recommendation that this action be dismissed.

4

5  IT IS SO ORDERED.

6  **Dated:     October 25, 2005**           _____/s/ Sandra M. Snyder_____
   i0d3h8                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26