UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEWIS JONES, | 1:05-cv-01240-LJO-SMS PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 27) |
| vs. | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S FAILURE TO PROVIDE SUFFICIENT INFORMATION FOR U.S. MARSHAL TO EFFECT SERVICE OF PROCESS** (Docs. 24 and 25) |
| C/O C. CARLOS, et al., | |
| Defendants. | |

Plaintiff Timothy Lewis Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 24, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings

///

1

1  and Recommendations was to be filed within thirty days. On
2  February 14, 2007, plaintiff filed an Objection.
3      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
4  and Local Rule 73-305, this Court has conducted a de novo review of
5  this case. Having carefully reviewed the entire file, the Court
6  finds the Findings and Recommendations to be supported by the
7  record and by proper analysis. Although plaintiff objects to the
8  dismissal of this action, he sets forth no grounds upon which to
9  allow this action to continue to proceed. Fed. R. Civ. P. 4(m).
10 Specifically, the United States Marshal was unable to locate the
11 defendants in order to effect service of process. Plaintiff has
12 not provided any additional information, and has not made any
13 showing that if the action were allowed to proceed, he could supply
14 additional information leading to the location of defendants.
15     Accordingly, IT IS HEREBY ORDERED that:
16     1.   The Findings and Recommendations, filed January 24, 2007,
17 is ADOPTED IN FULL; and,
18     2.   Pursuant to Federal Rule of Civil Procedure 4(m), this
19 action is DISMISSED, without prejudice, based on plaintiff's
20 failure to provide sufficient information for the United States
21 Marshal to locate and serve the defendants.

23 IT IS SO ORDERED.

24 **Dated:   March 19, 2007**                /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES DISTRICT JUDGE